```
 1
 2
 3
 4
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,         )    2:08-cr-190-GEB
                                      )
12                  Plaintiff,        )
                                      )
13         v.                         )    RELATED CASE ORDER
                                      )
14  JAIME VAN TONGEREN; TONY HAMMETT; )
    MARGARITO ALBERTE                 )
15                                    )
                    Defendants.       )
16  _____ )
                                      )
17  UNITED STATES OF AMERICA,         )    2:08-cr-191-EJG
                                      )
18                  Plaintiff,        )
                                      )
19         v.                         )
                                      )
20  MARGARITO ALBERTE, NICHOLAS       )
    IZARRARAS; PRETTY LE,             )
21                                    )
                    Defendants.       )
22  _____ )
```

23          On May 8, 2008, the United States filed a "Notice of
24  Related Cases" document in which it states the above cases are
25  related under Local Rule 83-123 since "[t]he cases were the result
26  of a single investigation and Margarito Alberte is a defendant in
27  each case.
28

                                    1

Examination of the cases reveals they are related within the meaning of Local Rule 83-123(a). Accordingly, the assignment of the matters to the undersigned judge is likely to achieve judicial economy.

IT IS THEREFORE ORDERED that action 2:08-cr-191-EJG is reassigned to Judge Garland E. Burrell, Jr. for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall show the initials "GEB" instead of the other judge's initials. All dates in the reassigned case are vacated.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: May 15, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2