DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAIME VAN TONGEREN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 08-190-GEB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: July 11, 2008 |
| JAIME VAN TONGEREN, et al., | ) | |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | |
| | ) | JUDGE: Hon. Garland E. Burrell |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MARY L. GRAD, Assistant U.S. Attorney, and defendant, JAIME VAN TONGEREN, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, TONY HAMMETT by and through his counsel, MARK J. REICHEL and MARGARITO ALBERTE by and through his counsel, MICHAEL L. CHASTAINE, that the status conference set for Friday, May 23, 2008 be continued to Friday, July 11, 2008 at 9:00 a.m. This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  Counsel received 124 pages of discovery approximately one week ago and needs additional time to review and discuss them with our clients.

1  Speedy trial time is to be excluded from the date of this order
2  through the date of the status conference set for July 11, 2008,
3  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
4  prepare] (Local Code T4).

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

DATED: May 20, 2008                /S/ Dennis S. Waks
                                   _____
                                   DENNIS S. WAKS
                                   Supervising Assistant Federal Defender
                                   Attorney for Defendant
                                   JAMIE VAN TONGEREN


                                   /s/ Dennis S. Waks for
DATED: May 20, 2008                _____
                                   MARK J. REICHEL
                                   Attorney for TONY HAMMETT


                                   /s/ Dennis S. Waks for
DATED: May 20, 2008                _____
                                   MICHAEL J. CHASTAINE
                                   Attorney for MARGARITO ALBERTE


                                   McGREGOR W. SCOTT
                                   United States Attorney

DATED: May 20, 22008               /s/ Dennis S. Waks for
                                   _____
                                   MARY L. GRAD
                                   Assistant U.S. Attorney

                        _____O R D E R

       IT IS SO ORDERED.

Dated:  May 21, 2008

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge