DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAIME VAN TONGEREN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 08-190-GEB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | |
| JAIME VAN TONGEREN, et al., | ) | DATE: August 22, 2008 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Garland E. Burrell |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MARY L. GRAD, Assistant U.S. Attorney, and defendant, JAIME VAN TONGEREN, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, TONY HAMMETT by and through his counsel, MARK J. REICHEL and MARGARITO ALBERTE by and through his counsel, MICHAEL L. CHASTAINE, that the status conference set for Friday, July 11, 2008 be continued to Friday, August 22, 2008 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  Counsel received 124 pages of discovery recently and needs additional time to review and discuss them with our clients.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 22, 2008,

```
1  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
2  prepare] (Local Code T4).
3                                   Respectfully submitted,
                                    DANIEL J. BRODERICK
4                                   Federal Defender

5  DATED: July 9, 2008              /S/ Dennis S. Waks
6                                   _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
7                                   Attorney for Defendant
                                    JAMIE VAN TONGEREN
8

9
                                    /s/ Dennis S. Waks for
10 DATED: July 9, 2008              _____
                                    MARK J. REICHEL
11                                  Attorney for TONY HAMMETT

12
                                    /s/ Dennis S. Waks for
13 DATED: July 9, 2008              _____
                                    MICHAEL J. CHASTAINE
14                                  Attorney for MARGARITO ALBERTE

15
                                    McGREGOR W. SCOTT
16                                  United States Attorney

17
   DATED: July 9, 2008              /s/ Dennis S. Waks for
18                                  _____
                                    MARY L. GRAD
19                                  Assistant U.S. Attorney

20 _____
                    O R D E R
21

22         IT IS SO ORDERED.

23 Dated:  July 10, 2008

24
                                    _____
25                                  GARLAND E. BURRELL, JR.
                                    United States District Judge
26

27

28

                                    2
```