1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   JAIME VAN TONGEREN

                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA

   UNITED STATES OF AMERICA,    )
                                )   Cr.S. 08-190-GEB
                Plaintiff,      )
                                )   **STIPULATION AND ORDER**
           v.                   )
                                )
   JAIME VAN TONGEREN, et al., )    DATE: October 10, 2008
                                )   TIME: 9:00 a.m.
                Defendant.      )   JUDGE: Hon. Garland E. Burrell
                                )
   _____)

        It is hereby stipulated and agreed to between the United States of America through MARY L. GRAD, Assistant U.S. Attorney, and defendant, JAIME VAN TONGEREN, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, TONY HAMMETT by and through his counsel, MARK J. REICHEL and MARGARITO ALBERTE by and through his counsel, MICHAEL L. CHASTAINE, that the status conference set for Friday, August 22, 2008 be continued to Friday, October 10, 2008 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  Counsel has received 140 pages of discovery and needs additional time to review and discuss them with our clients.

        Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 10, 2008,

1  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
2  prepare] (Local Code T4).

3                                  Respectfully submitted,
                                    DANIEL J. BRODERICK
4                                   Federal Defender

5  DATED: August 18, 2008           /S/ Dennis S. Waks
6                                   DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
7                                   Attorney for Defendant
                                    JAMIE VAN TONGEREN
8

9
                                    /s/ Dennis S. Waks for
10 DATED: August 18, 2008
                                    MARK J. REICHEL
11                                  Attorney for TONY HAMMETT

12
                                    /s/ Dennis S. Waks for
13 DATED: August 18, 2008
                                    MICHAEL J. CHASTAINE
14                                  Attorney for MARGARITO ALBERTE

15
                                    McGREGOR W. SCOTT
16                                  United States Attorney

17
   DATED: August 18, 2008           /s/ Dennis S. Waks for
18
                                    MARY L. GRAD
19                                  Assistant U.S. Attorney

20
                                  O R D E R
21

22         IT IS SO ORDERED.

23 Dated:  August 22, 2008

24

25                                  _____
                                    GARLAND E. BURRELL, JR.
26                                  United States District Judge

27

28

**2**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28