| | |
|---|---|
| 1 | MICHAEL CHASTAINE, State Bar #121209 |
|   | THE CHASTAINE LAW OFFICE |
|   | 101 Parkshore Drive, Suite 100 |
| 2 | Folsom, CA 95630 |
|   | Telephone: 916-732-7150 |
| 3 | |
| 4 | Attorneys for Defendant |
|   | Margarito Alberte |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:08 CR 00190-03 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING SENTENCING DATE |
| v. | ) |
| MARGARITO ALBERTE, | ) |
| Defendant. | ) |

Defendant Margarito Alberte, by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Mary Grad, hereby stipulate and agree to continue the Judgment and Sentencing in the above-captioned case from Friday, January 9, 2009 at 9:00 a.m. to Friday, January 16, 2009 at 9:00 a.m.  The continuance is requested to because counsel for Mr. Alberte has a conflicting court appearance in another county.

Dated: January 5, 2009                    The CHASTAINE LAW OFFICE

                                          By: ____/s/ Michael Chastaine
                                                  MICHAEL CHASTAINE
                                                  Attorney for Margarito Alberte

Dated: January 5, 2009                    McGREGOR W. SCOTT
                                          United States Attorney

                                          By: ___/s/ Mary Grad
                                                  Mary Grad
                                                  Assistant U.S. Attorney

1

## ORDER

Pursuant to the parties' stipulation, sentencing scheduled for January 9, 2009 at 9:00 a.m. is continued to January 16, 2009 at 9:00 a.n

Dated: 1/6/09

                                       Garland E. Burrell, Jr.
                                       District Judge
                                       United States District Court